UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEIZURE OF: | ) ) | |
| $1,052,932.00 U.S. Currency currently in the custody of the St. Louis County Police Department.. | ) ) ) ) ) ) | No.  4:26-MJ-2048 JSD **FILED UNDER SEAL** |

## ORDER TO UNSEAL SEIZURE WARRANT DOCUMENTS

This matter comes before the Court pursuant to a notice by the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and James Delworth, Assistant United States Attorney for said District, stating the Government has no objection to the unsealing of the seizure warrant, along with its affidavit, application and return and other related documents, which are presently sealed under Cause No. 4:26-MJ-2048 JSD.

IT APPEARING there are reasonable grounds to believe that there is no reason to keep the aforesaid documents sealed,

IT IS ORDERED that the seizure warrant, along with its affidavit, application and return and other related documents, presently sealed under Cause No. 4:26-MJ-2048 JSD, be unsealed.

_____

HONORABLE JOSEPH S. DUEKER
United States Magistrate Judge

Dated this ____ day of _____, 2026.